Sophie Conrad, etc., and Others, Respondents, v. Clement M. Biddle and Others, Defendants. The Mount Vernon Trust Company, Third Party, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley Townley and Dore, JJ.

Allied Cleaning & Dyeing Corp., Appellant, v. U. S. Hoffman Machinery Corp., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Rose S. Jones, Respondent, v. John Fitzhugh Jones, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Elise Elaine Weisbecker, Respondent, v. Charles Weisbecker, Appellant. — Order unanimously modified by reducing referee's fees to $250 and $15 for stenographic services, and by reducing the attorney's fees to $1,000, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Application of Leo B. Simonson, Appellant, for a Peremptory Mandamus Order against Elmer F. Andrews, Industrial Commissioner of the State of New York, Respondent.— Order reversed, with twenty dollars costs and disbursements, and the motion granted. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.; O'Malley, J., dissents and votes for affirmance. Settle order on notice.

Margaret D. O'Connell, Respondent, v. Edmund F. O'Connell, Appellant. — Order, so far as appealed from, unanimously reversed and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

Bluebird Knitwear Co., Inc., Respondent, v. Frieman Knitwear Co., Inc., and Reuben Frieman, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of Supplementary Proceedings: Starkie Holding Corporation, Judgment Creditor, Appellant, v. Children's Bus Service, Inc., Judgment Debtor, Respondent, and The Board of Education of the City of New York and Others, Judgment Debtors.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Application of George Gaston and Others Similarly Situated, Appellants, for an Order of Mandamus against Frank J. Taylor, as Comptroller of the City of New York, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ.

In the Matter of the Application of Bankers Securities Corporation, a Pennsylvania Corporation, and Others, Respondents, against George E. Roosevelt and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion denied. No opinion. Present — Martin, P. J., McAvoy, O'Malley, Townley and Dore, JJ. [160 Misc. 693.]